UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIQUE ANGEL DAVIS,<br><br>           Plaintiff,<br><br>     v.<br><br>YOUNG,<br><br>           Defendant. | No.  2:23-cv-2461 CKD<br><br><br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

On January 2, 2024, plaintiff's complaint was dismissed with leave to amend.  The amended complaint was due on February 1, 2024, and plaintiff has not filed an amended complaint.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified

1

1  time waives the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th
2  Cir. 1991).
3  Dated:  February 14, 2024

    _____
    CAROLYN K. DELANEY
    UNITED STATES MAGISTRATE JUDGE

1
davi2461.fta

2