UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIQUE ANGEL DAVIS,<br><br>   Plaintiff,<br><br>   v.<br><br>YOUNG,<br><br>   Defendant. | No.  2:23-cv-02461-DAD-CKD (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE AND FAILURE TO OBEY A COURT ORDER<br><br>(Doc. No. 8) |

Plaintiff Unique Angel Davis is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 14, 2024, the assigned magistrate judge issued findings and recommendations recommending this action be dismissed, without prejudice, due to plaintiff's failure to obey a court order and failure to prosecute this action.  (Doc. No. 8.)  In particular, on January 2, 2024, the court screened plaintiff's complaint, determined that plaintiff had failed to state a cognizable claim for relief, and granted plaintiff leave to file an amended complaint within thirty (30) days from the date of service of that order.  (Doc. No. 5.)  To date, plaintiff has not filed an amended complaint or otherwise communicated with the court.  Accordingly, the pending findings and recommendations were served on plaintiff and contained notice that any objections

1

thereto were to be filed within fourteen (14) days after service. (Doc. No. 8 at 1.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on February 14, 2024 (Doc. No. 8) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute this action and failure to obey a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 19, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2